■ JOHN JEDRA, Respondent, v ALLIED CHEMICAL, INC., et al., Appellants. OSWEGO STRUCTURAL CORPORATION, Third-Party Plaintiff-Appellant, v G. L. TANNER ROOFING, INC., Third-Party Defendant-Respondent.—Order unanimously af-

firmed without costs for reasons stated in memorandum decision at Special Term, Stone, J. (Appeals from order of Supreme Court, Onondaga County, Stone, J.—partial summary judgment.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.